

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

USA

                    Plaintiff(s),

                                        Case No.

v.
Tamara K. Voxnaes                       3:16-mj-0024CMK
Stanton Wood                            3:16-mj-0023CMK
Michael Bartley                         3:16-mj-0025CMK

                    Defendant(s).

I, _____Lauren C. Regan_____,

attorney for _Tamara K. Voxnaes, Stanton Wood and Michael Bartley, co-defendants_

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Civil Liberties Defense Center |
| Address: | 783 Grant Street, Suite 200 |
| City: | Eugene |
| State: | OR         ZIP Code: 97402 |
| Voice Phone: | ( 541 ) 687-9180 |
| FAX Phone: | ( 541 ) 804-7391 |
| Internet E-mail: | LREGAN@CLDC.ORG |
| Additional E-mail: | CBRINSON@CLDC.ORG |
| I reside in City: | Eugene       State: OR |

I was admitted to practice in the <u>US District Court Oregon; 9th Circuit; US Supreme</u> (court)

on <u>October 21, 1997</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>   none   </u>

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Tracy D. Rain</u>

Firm Name: <u>Rain & Zepp, PLC</u>

Address: <u>517 Third Street, Suite 30</u>

City: <u>Eureka</u>

State: <u>CA</u>   ZIP Code: <u>95501</u>

Voice Phone: <u>( 707 ) 442-3034</u>

FAX Phone: <u>( 707 ) 445-5925</u>

E-mail: <u>tracyrain@rainzepplaw.com</u>

Dated: 9/20/16      Petitioner: [signature]

## ORDER

IT IS SO ORDERED.

Dated: 10-12-16

JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Oregon

## CERTIFICATE OF GOOD STANDING

I, _____ L. Brinn, Deputy Court Clerk on behalf of Mary Moran _____, Clerk of this Court,

certify that _____ LAUREN REGAN _____, Bar # _____ 970878 _____,

was duly admitted to practice in this Court on _____ 10/21/1997 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Eugene, Oregon _____ on _____ 08/23/2016 _____
                    *(Location)*                                    *(Date)*

Date: __08/23/2016__

MARY L. MORAN, Clerk of Court

By L. Brinn, Deputy Clerk