# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

CASE/CITATION NO. 3:16-mj-0024CMK

_Tamara Voxnaes_

**ORDER TO PAY**

SOCIAL SECURITY #: _____

DATE OF BIRTH: _____

DRIVER'S LICENSE #: _____

ADDRESS: _____

CITY                STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 12-13-16

DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

6 months summary court probation

(X) Fine: $ _____ 390____ and a penalty assessment of $ _____ 10 00 ____ for a TOTAL AMOUNT OF: $ _____ 400 00 ____ within _____ 6 ____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

( ) Restitution: _____

( ) Community Service _____ with fees not to exceed $ _____ completed by _____

Excluded from entering Klamath National Forest during the term of probation

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

| (X) CENTRAL VIOLATIONS BUREAU | ( ) CLERK, USDC | (X) CLERK, USDC |
| PO BOX 71363 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| PHILADELPHIA, PA 19176-1363 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2222 |
| 1-800-827-2982 | | |
| or | | |
| Pay On-line at www.cvb.uscourts.gov | | |
| and Click on "Pay On-Line" | | |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 12-13-16

U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                                          EDCA-3